**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**DANIEL SMITH**                                                                            **PLAINTIFF**

**v.**                              **Case No.  4:14-cv-00438 KGB**

**CITY OF SHERWOOD**                                                            **DEFENDANT**

## ORDER

     Before the Court is the parties' motion to dismiss with prejudice (Dkt. No. 6).  The parties represent that they have reached an agreed upon settlement in this matter.  Accordingly, this matter is dismissed with prejudice.

     IT IS SO ORDERED this 1st day of April, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE